UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOHN RAIMONDI,<br><br>Plaintiff,<br><br>v.<br><br>IGOR OLENICOFF and OLEN PROPERTIES CORP.,<br><br>Defendants, | Case No. SACV12-2094 AG (RNBx)<br><br>Assigned to the Hon. Andrew Guilford<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

For the reasons set forth in this Court's Order dated July 7, 2015 (Dkt. #82), Plaintiff John Raimondi is hereby granted judgment in his favor against Defendants Igor Olenicoff and Olen Properties Corp. on Plaintiff's claim for a permanent injunction.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that, after receiving actual notice of the injunction by personal service or otherwise:

(1) Defendants are ORDERED to affix permanent placards to the four (4) existing works infringing on Plaintiff's copyrighted works *Dian* and *Ceres*, as follows:

    a. the placards for the two (2) infringing copies known as *Intertwined* shall state, "UNAUTHORIZED COPY OF *CERES* BY JOHN RAIMONDI";

    b. the placards for the two (2) infringing copies known as *Link to Compassion* shall state, "UNAUTHORIZED COPY OF *DIAN* BY JOHN RAIMONDI";

    c. the placards and the lettering on the new placards must be at least the

same size as the placards and lettering currently displayed on the sculptures;

    d. if any sculpture currently lacks a placard, the new placard must be at least as large as the smallest placard on the other infringing sculptures;

    e. the placards must be made of bronze, stainless steel or other durable metal and must be permanently affixed to the base of each sculpture;

    f. for the infringing sculptures that currently have placards affixed to their bases, such existing placards shall be removed and the placards described in sections (3)a-d above shall be placed where the existing placards had been located before removal; and

    g. for any infringing sculptures that do not currently have placards affixed to their bases, the placards described in sections (3)a-d above shall be located on a vertical face of the base, horizontally centered at the top of such vertical face;

(2) Within three (3) months of entry of this Judgment, Defendants must file with the Court and serve on Plaintiff a writing under oath declaring that they have complied with this attribution requirement and providing specific details of such compliance, including photographs showing the old placards affixed to the sculptures before replacement and the new placards affixed to the sculptures after replacement;

(3) The Court expects strict compliance with this Judgment, unless the parties mutually agree otherwise.

SO ORDERED:                    By: _____
                                             Hon. Andrew J. Guilford

DATED: July 29, 2015