UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOHN RAIMONDI,<br><br>Plaintiff,<br><br>v.<br><br>IGOR OLENICOFF and OLEN PROPERTIES CORP.,<br><br>Defendants, | Case No. SACV12-2094 AG (RNBx)<br><br>Assigned to the Hon. Andrew Guilford<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

For the reasons set forth in this Court's Order dated July 7, 2015 (Dkt. No. 82), judgment is hereby granted in favor of Plaintiff John Raimondi and against Defendants Igor Olenicoff and Olen Properties Corp. on the jury verdict entered on December 10, 2014, in the amount of SIX HUNDRED FORTY THOUSAND DOLLARS ($640,000), with costs imposed against Defendants in the amount of $_____. This Judgment supplements the Judgment previously entered granting Plaintiff's claim for a permanent injunction against Defendants. (Dkt. No. 86.)

SO ORDERED:                           By: _____
                                              Hon. Andrew J. Guilford

DATED: August 20, 2015